THE CITY OF BUFFALO, Appellant, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued March 2, 1936; decided March 10, 1936.)

*Richard L. Wolf* for motion.

*Gregory U. Harmon, Corporation Counsel (Forbes F. Dougherty* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.